Submitted on record and briefs September 6, reversed October 16, 2002

In the Matter of Mark H. Maddocks,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

MARK H. MADDOCKS,
*Appellant.*

MC 020001; A117221

56 P3d 463

Kent A. Anderson filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and David F. Coursen, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

## PER CURIAM

Appellant appeals from a judgment continuing his commitment to the Mental Health Division. The state concedes that the record does not demonstrate by clear and convincing evidence that appellant currently meets the criteria for "mentally ill" set forth in ORS 426.005. We agree and therefore accept the state's concession.

Reversed.